UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CHANTY BRADLEY-BROWN, | ) |
| Plaintiff, | ) |
| | ) Case No. 4:08-cv-379- SNLJ |
| v. | ) |
| EDWARD D. JONES & CO., L.P. d/b/a EDWARD JONES, | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Parties hereby stipulate as provided in Rule 41(a)(1)(A)(ii) F.R.C.P. that Plaintiff dismisses her Complaint against Defendant Edward D. Jones & Co., L.P., d/b/a Edward Jones, WITH PREJUDICE, each party to bear its own attorney's fees and costs.

_____
Chanty Bradley-Brown, Plaintiff
Date: August 11, 2008

HARRIS DOWELL FISHER & HARRIS, L.C.

_____        By: _____
Greg Roosevelt  (Bar #02375427)            Fred A. Ricks, Jr.    (Bar # 4170)
610 St. Louis St.                           Elizabeth A. Rice    (Bar # 110878)
Edwardsville, IL 62025                      15400 S. Outer Forty, Suite 202
(618) 656-9160                              Chesterfield, MO 63017
(618) 692-9718 - Facsimile                  (636) 532-0300
gregroosevelt@gmail.com                     (636) 532-0246 – Facsimile
Attorney for Plaintiff                      fricks@harrisdowell.com
                                            Attorneys for Defendant

SO ORDERED: _____   Date: 8-18-08
                U.S. District Judge